In the Matter of STEVE STROMAN, Appellant, v PETER E. CORNING, as a County Court Justice, Respondent.

Submitted May 7, 2007; decided June 5, 2007

Motion for reargument denied [*see* 8 NY3d 908].

Judge PIGOTT taking no part.